```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**JANEEK L. WIGGAN,**

       Movant

**v.**                                    **CIVIL ACTION NO. 2:07-00639**
                                                (Criminal No. 2:00-00005-01)

**UNITED STATES OF AMERICA,**

       Respondent

## MEMORANDUM OPINION AND ORDER

**The court having received the proposed findings and recommendation of the United States Magistrate Judge filed on August 14, 2008, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by either the United States or the movant to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.**

**It is, accordingly, ORDERED that the movant's section 2255 motion be, and it hereby is, denied. It is further ORDERED that this action be, and it hereby is, dismissed.**

The Clerk is directed to forward copies of this written opinion and order to the movant, all counsel of record, and the magistrate judge.

DATED: September 17, 2008

John T. Copenhaver, Jr.
United States District Judge